

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,618-01, WR-90,618-02 & WR-90,618-03

### EX PARTE MOHSIN MAZHAR SYED, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR49672-A, CR49872-A, & CR49396-A
### IN THE 238ᵀᴴ DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam*.

## O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The trial court's findings of fact rely on affidavits filed by Dan Cogdell and Rodion Cantacuzene, both dated November 8, 2019, but those affidavits are not in the records sent to this Court.

The district clerk shall either forward the affidavits to this Court or certify in writing that they are not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.


Filed: February 6, 2020
Do not publish